UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LANDMARK BUILDERS, INC., a Washington Corporation,<br><br>             Plaintiff,<br><br>     v.<br><br>STEVENS COUNTY, a governmental subdivision of the State of Washington,<br><br>             Defendant. | NO. NO. CV-03-0421-EFS<br><br>**ORDER OF DISMISSAL** |

On hearing the Parties' Stipulation, and the Court being fully advised in the premises, it is hereby

   ORDERED that the above action is dismissed with prejudice and with no costs or fees to be awarded.  The District Court Executive is directed to **CLOSE THIS FILE**.

   **DATED** this 5th  day of March, 2007.


                           s/Edward F. Shea
                           EDWARD F. SHEA
                     United States District Judge

Q:Civil/2004.0421.dismissal.frm